# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 05 CR 10062 |
| ) | |
| ALEXANDER MORDVIN and ) | |
| TATYANA MORDVIN ) | |
| ) | |
| Defendants. ) | |

### ORDER

Having adjudged that Michael P. Gillespie satisfies all requirements to appear before this Court and participate in the above-captioned case, petitioner's motion for special admission is GRANTED.

**Board of Professional Responsibility No. :** 6229314
**Name:** Michael P. Gillespie
**Attorney for:** Alexander and Tatyana Mordvin
**Address:** 53 West Jackson Blvd., Suite 1420
**City/State/Zip:** Chicago, Illinois 60604
**Telephone:** (312) 726-9015

September 12, 2005

ENTER:

S/ Thomas Anderson
Judge



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 1:05-CR-10062 was distributed by fax, mail, or direct printing on September 13, 2005 to the parties listed.

---

Michael P. Gillespie
MICHAEL P. GILLESPIE, LTD.
53 West Jackson Blvd.
STE 1420
Chicago, IL 60604

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT