IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED

05 SEP 12 PM 3:15

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, JACKSON

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Cr. No. 05-10062

ALEXANDER MORDVIN

    Defendant.

---

## ORDER ON ARRAIGNMENT

---

    This cause came to be heard on September 12, 2005. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is retained:

| | |
|---|---|
| NAME: | Terence P. Gillespie |
| ADDRESS: | 53 West Jackson Blvd., Ste. 1420 |
| | Chicago, IL 60604 |
| TELEPHONE: | (312) 726-9015 |

    The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

    All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

    The defendant, who is not in custody, may stand on his present bond.

*S. Thomas Anderson* (signature)

S. THOMAS ANDERSON
United States Magistrate Judge

Charges:    Lacy Act violations

Assistant U.S. Attorney assigned to case:  Grinalds

Rule 32 was: _____ waived _____ not waived.

Defendant's age : _____ 47

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9/13/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 1:05-CR-10062 was distributed by fax, mail, or direct printing on September 13, 2005 to the parties listed.

---

Michael P. Gillespie
MICHAEL P. GILLESPIE, LTD.
53 West Jackson Blvd.
STE 1420
Chicago, IL 60604

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT