# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                      No. 05-10062-T

ALEXANDER MORDVIN, TATYANA
MORDVIN, and GARY CURTIS,

    Defendants.

## ORDER CONTINUING TRIAL AND REPORT DATE AND EXCLUDING DELAY

Upon motion of counsel for defendants Alexander Mordvin and Tatyana Mordvin, with no objection from the government and for good cause shown, the report date which is currently scheduled for October 28, 2005, and the trial date which is currently scheduled for November 14, 2005, are hereby continued. The defendants contend that additional time is needed to prepare for trial.

The court finds that defendants' need for a continuance for additional preparation outweighs the best interests of the public and the defendants in a speedy trial; therefore, the ends of justice will be served by granting a continuance in order to allow the defendants more time to prepare for trial. <u>Accordingly, the trial is continued from November 14, 2005, to December 28, 2005, at 9:30 A.M.</u> The resulting period of delay, from November 14, 2005, to December 28, 2005, is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

A new report/motion date has been set for December 7, 2005, at 8:30 a.m. Defendants are granted an additional fifteen (15) days to file pretrial motions.

    IT IS SO ORDERED.

                                               JAMES D. TODD
                                               UNITED STATES DISTRICT JUDGE

                                               25 October 2005
                                               DATE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10/26/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 1:05-CR-10062 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

---

Michael P. Gillespie
MICHAEL P. GILLESPIE, LTD.
53 West Jackson Blvd.
STE 1420
Chicago, IL 60604

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT